# CASE ANNOUNCEMENTS

*November 14, 2013*

[Cite as *11/14/2013 Case Announcements*, 2013-Ohio-5001.]

## MOTION AND PROCEDURAL RULINGS

**2013–0465. State ex rel. Morrison v. Beck Energy Corp.**
Summit App. No. 25953, 2013-Ohio-356. This cause is pending before the court as an appeal from the Court of Appeals for Summit County.

Upon consideration of the motion for admission pro hac vice of Benjamin Norris, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of

permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.